CO-386-online
10/03

# United States District Court
# For the District of Columbia

Kenneth A. Hinton )
)
)
)
  Plaintiff )   Civil Action No. _____
vs )
)
Corrections Corporation of America [DC] )
and )
Corrections Corporation of America [TN] )
)
  Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Defendants Corrections Corporation of America__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Corrections Corporation of America__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ Paul J. Maloney_
Signature

362533
BAR IDENTIFICATION NO.

Paul J. Maloney
Print Name

1615 L Street, NW, Suite 500
Address

Washington, DC  20036-5652
City          State          Zip Code

(202) 310-5505
Phone Number