# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kenneth A. Hinton,<br><br>            Plaintiff,<br><br>      v.<br><br>Corrections Corporation of America,<br><br>            Defendant. | Civil Action No. 1:08-cv-00667-RWR |

Pursuant to LCvR 83.6, Jennifer L. Holsman, Esq. (D.C. Bar No. 495296) hereby enters her appearance as counsel for Defendant, Corrections Corporation of America, in the above-captioned matter.

The firm address, telephone and facsimile numbers, as well as e-mail address for Jennifer L. Holsman, Esq. is as follows:

>   Jennifer L. Holsman, Esq.
>   Jones, Skelton & Hochuli, P.L.C.
>   2901 North Central Avenue, Suite 800
>   Phoenix, Arizona 85012
>   Telephone No.: (602) 263-7310
>   Facsimile No.:  (602) 200-7507
>   E-Mail: jholsman@jshfirm.com

1905462.1

Dated: April 18, 2008                                    Respectfully submitted,

                                                     JONES, SKELTON & HOCHULI, P.L.C.
                                                     2901 North Central Avenue, Suite 800
                                                     Phoenix, Arizona  85012
                                                     Tel:     (602) 263-1700


                                                     By:     s/ Jennifer L. Holsman
                                                        Daniel P. Struck, Bar No. 012377
                                                        Jennifer L. Holsman, Bar No. 495296
                                                        Attorneys for Defendant Corrections
                                                        Corporation of America

ORIGINAL of the foregoing filed ELECTRONICALLY
this 18th day of April, 2008 .

COPY of the foregoing mailed
this 18th day of April, 2008, to:

Kenneth A. Hinton
R17746-016
Petersburg Medium Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 90043
Petersburg, VA 23804

*Plaintiff Pro per*

Mariana D. Bravo, Esq.
CARR MALONEY, P.C.
1615 L Street, NW, Suite 500
Washington, DC 20036

*Attorneys for Defendant Corrections*
*Corporation of America*



   s/ Jennifer L. Holsman
     Jennifer L. Holsman

- 2 -

1905462.1