**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

KENNETH A. HINTON
R17746-016
PETERSBURG MEDIUM
FEDERAL CORRECTIONAL IN
Inmate Mail/Parcels
P.O. BOX 90043
PETERSBURG, VA 2




NIXIE     232     5E  1          08  05/15/08

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 20001289999          *0992-00666-15-25