**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| KENNETH A. HINTON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 1:08-cv-00667-RWR |
| | ) | |
| CORRECTIONS CORPORATION | ) | |
| OF AMERICA | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO: Clerk of Court.

TO: All parties.

PLEASE TAKE NOTICE that, on this 12th day of June, 2008, RONALD W. GILL is entering his appearance as co-counsel for the Defendant Corrections Corporation of America, pursuant to Fed. R. Civ. P. 5(a). Service of pleadings and all correspondence in this matter should be sent to Mr. Gill at his Washington, D.C. office address below.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

*/s/ Toni Michelle Jackson*
TONI MICHELLE JACKSON (453765)
Interim Chief, Civil Litigation Section III

*/s/ Ronald W. Gill*
RONALD W. GILL [81456]
Assistant Attorney General, Section III

441 Fourth Street, N.W., Suite 6N110
Washington, D.C. 20001
(202) 741-0760
(202) 727-3625 (fax)
Email: ronaldw,gill@dc.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of June, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Kenneth A. Hinton
Plaintiff *Pro Se*
2200 Wilson Boulevard
Suite 102-004
Arlington, VA 22201

Jennifer L. Holsman
Defendant's Attorney
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, AZ 85012

*/s/ Ronald W. Gill*
RONALD W. GILL
Assistant Attorney General