IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kenneth A. Hinton,<br><br>        Plaintiff,<br><br>    v.<br><br>Corrections Corporation of America<br>[Correctional Treatment Facility<br>Washington, DC],<br><br>and<br><br>Corrections Corporation of America<br>[Company Headquarters<br>Nashville, TN],<br><br>        Defendants. | Civil Action No. 1:08-cv-00667-RWR |

## DEFENDANT CORRECTIONS CORPORATION OF AMERICA'S MOTION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

Defendant Corrections Corporation of America ("CCA") through undersigned counsel, respectfully requests that the deadline to file its Reply in Support of Defendant's Motion to Dismiss be extended from June 23, 2008 to June 27, 2008. Defendants certify that this extension is necessary because: (1) current defense counsel will be out of the state from June 19 through June 23; (2) current defense counsel is transferring the case file to Ronald Gill, Assistant Attorney General, who has only recently entered an appearance on behalf of Corrections Corporation of America; and (3) the request is not made in bad faith or for the purpose of delay. Should the Court grant this motion, all efforts will be made to file the Reply promptly, efficiently and no later than June 27, 2008.

1929929.1

Because of Plaintiff's current incarceration status, Defendants have not been able to obtain consent to the filing of this motion.

Therefore, Defendants respectfully request that the deadline to file its Reply in Support of Defendant's Motion to Dismiss be extended from June 23, 2008 to June 27, 2008.

A proposed Order is submitted simultaneously herewith.

| | |
|---|---|
| Respectfully submitted, | By  s/ Jennifer L. Holsman |
| | Daniel P. Struck (D.C. Bar No. CO0037) |
| | Jennifer L. Holsman (D.C. Bar No. 495296) |
| | JONES, SKELTON & HOCHULI, P.L.C. |
| | 2901 North Central Avenue, Suite 800 |
| | Phoenix, AZ  85012-2728 |
| | Telephone:  (602) 263-1700 |
| | Facsimile:  (602) 263-1784 |
| | dstruck@jshfirm.com |
| | jholsman@jshfirm.com |
| | |
| | Paul J. Maloney (D.C. Bar No. 362533) |
| | Mariana Bravo (D.C. Bar No. 473809) |
| | CARR MALONEY P.C. |
| | 1615 L Street, NW, Suite 500 |
| | Washington, DC  20036-5652 |
| | Telephone:  (202) 310-5500 |
| | Facsimile:  (202) 310-5555 |
| | pjm@carrmaloney.com |
| | mdb@carrmaloney.com |
| | |
| | Attorneys for Defendants Corrections Corporation of America |

1929929.1

## CERTIFICATE OF SERVICE

I hereby certify than on this 19th day of June 2008 a true copy of the foregoing was mailed, first class, postage prepaid, to:

Kenneth A. Hinton
2200 Wilson Blvd., Suite 102-004
Arlington, VA 22201

*Plaintiff Pro Se*


Paul J. Maloney, Esq.
Mariana Bravo, Esq.
CARR MALONEY, P.C.
1615 L Street, N.W.
Suite 500
Washington, DC   20036

Attorneys for Defendants, *Corrections Corporation of America, Douglas Caulfield and Duane Belfield*


   s/ Jennifer L. Holsman
Jennifer L. Holsman

1929929.1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Kenneth A. Hinton,<br><br>                    Plaintiff,<br><br>          v.<br><br>Corrections Corporation of America<br>[Correctional Treatment Facility<br>Washington, DC],<br><br>and<br><br>Corrections Corporation of America<br>[Company Headquarters<br>Nashville, TN],<br><br>                    Defendants. | Civil Action No. 1:08-cv-00667-RWR |

## ORDER GRANTING DEFENDANT CORRECTIONS CORPORATION OF AMERICA'S MOTION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

UPON consideration of Defendant Corrections Corporation of America's Motion to Extend Deadline to File Reply in Support of Defendant's Motion to Dismiss and for good cause shown, it is this ___ day of _____, 2008 ORDERED that Defendants' motion be granted and further; ordered, that the deadline to file its Reply in Support of Defendant's Motion to Dismiss is extended from June 23, 2008 to June 27, 2008.

Date:                                                           _____
                                                                The Honorable Richard W. Roberts

1929988.1